IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,              )
                                )
            Plaintiff,          )          8:10CV87
                                )
       v.                       )
                                )
ISHTAR SKIN CARE PRODUCTS,      )          ORDER
LLC.,                           )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to restrict (Filing No. 21). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict is granted. Exhibit A to the declaration of Sharokin Vardeh is restricted.

DATED this 15th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court