IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,             )
                               )
           Plaintiff,          )          8:10CV87
                               )
      v.                       )
                               )
ISHTAR SKIN CARE PRODUCTS,     )          ORDER
LLC.,                          )
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the stipulation for extension of time to file Rule 26(f) report (Filing No. 24). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the parties shall file their Rule 26(f) report within three weeks after the Court rules on defendant's motion to dismiss.

DATED this 23rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court