IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOVELY SKIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV87 |
| | ) | |
| v. | ) | |
| | ) | |
| ISHTAR SKIN CARE PRODUCTS, LLC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to restrict pursuant to the E-Government Act (Filing No. 30). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Exhibits 9 and 10 are restricted pursuant to the E-Government Act.

DATED this 30th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court