IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,             )
                               )
           Plaintiff,          )        8:10CV87
                               )
      v.                       )
                               )
ISHTAR SKIN CARE PRODUCTS,     )        ORDER
LLC.,                          )
                               )
           Defendant.          )
_____)
```

       This matter is before the Court on the motion of Amber Allred to withdraw as attorney (Filing No. 38). The Court finds the motion should be granted. Accordingly,

       IT IS ORDERED that the motion is granted. Amber Allred is deemed withdrawn as counsel of record for defendant.

       DATED this 18th day of October, 2010.

                               BY THE COURT:

                               /s/ Lyle E. Strom
                               _____
                               LYLE E. STROM, Senior Judge
                               United States District Court