IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOVELY SKIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV87 |
| | ) | |
| v. | ) | |
| | ) | |
| ISHTAR SKIN CARE PRODUCTS, LLC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for extension of time to file Rule 26(f) Report (Filing No. 42). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved the adopted; the parties shall have until December 13, 2010, to file their Rule 26(f) report.

DATED this 8th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court