IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,              )
                                )
           Plaintiff,           )         8:10CV87
                                )
     v.                         )
                                )
ISHTAR SKIN CARE PRODUCTS,      )         ORDER
LLC.,                           )
                                )
           Defendant.           )
_____)
```

At the request of counsel,

IT IS ORDERED that the planning conference before the undersigned is rescheduled for:

**Monday, January 24, 2011, at 9 a.m.**

Room 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court