IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOVELY SKIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV87 |
| | ) | |
| v. | ) | |
| | ) | |
| ISHTAR SKIN CARE PRODUCTS, | ) | ORDER |
| LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for enlargement of time for responses to discovery (Filing No. 55).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until March 18, 2011, in which to respond to interrogatories and request for production of documents propounded by defendant.

DATED this 28th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court