IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,            )
                              )
            Plaintiff,        )        8:10CV87
                              )
      v.                      )
                              )
ISHTAR SKIN CARE PRODUCTS,    )        ORDER
LLC.,                         )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time to provide written reports pursuant to Fed. R. Civ. P. 26(a)(@) - disclosure of expert testimony (Filing No. 66). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiff shall have until September 6, 2011, to furnish written reports of expert witnesses identified to testify at trial.

2) Defendant shall advise the Court on or before September 12, 2011, whether it needs additional time to procure expert witnesses.

DATED this 26th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court