IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

LOVELY SKIN, INC.,                )
                                  )
                Plaintiff,        )          8:10CV87
                                  )
           v.                     )
                                  )
ISHTAR SKIN CARE PRODUCTS,        )          ORDER
LLC.,                             )
                                  )
                Defendant.        )
_____)


        This matter is before the Court on the motion for

withdrawal of counsel (Filing No. 110), on behalf of Bobby A.

Ghajar and Marcus Peterson of Pillsbury Winthrop Shaw Pittman,

LLP.  The Court notes Marcus Peterson does not appear as counsel;

however, the motion will be granted as to Bobby A. Ghajar.

Accordingly,

        IT IS ORDERED that the motion is granted; Bobby A.

Ghajar of Pillsbury Winthrop Shaw Pittman, LLP, is deemed

withdrawn as counsel for defendant.  Said counsel shall be

removed from receiving notices of filings in this matter.

        DATED this 13th day of December, 2011.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court