IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,              )
                                )
            Plaintiff,          )         8:10CV87
                                )
       v.                       )
                                )
ISHTAR SKIN CARE PRODUCTS,      )         ORDER
LLC.,                           )
                                )
            Defendant.          )
_____)
```

The parties, Lovely Skin, Inc. ("Lovely Skin") and Ishtar Skin Care Products, LLC ("Ishtar"), have elected to submit written briefs in lieu of oral closing arguments at trial. Accordingly,

IT IS ORDERED:

1) Lovely Skin's initial closing argument brief is due on or before August 24, 2012;

2) Ishtar's responsive brief is due on or before September 7, 2012;

3) Lovely Skin will inform the Court by September 10, 2012, as to whether it intends to file a reply brief;

4) If Lovely Skin elects to file a reply brief, Lovely Skin shall do so on or before September 14, 2012;

5) To the extent that the reply brief contains argument regarding Ishtar's counterclaims, Ishtar will inform the Court by September 17, 2012, as to whether it intends to file a surreply brief; and

6) If Ishtar elects to file a surreply brief, Ishtar shall do so on or before September 19, 2012.

DATED this 23rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court