IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,              )
                                )
              Plaintiff,        )          8:10CV87
                                )
       v.                       )
                                )
ISHTAR SKIN CARE PRODUCTS,      )          ORDER
LLC.,                           )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 168).  The Court notes defendant has no objection.  Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiff shall have until August 27, 2012, to file its initial closing argument brief.

2) Defendant shall have until September 10, 2012, to file its responsive brief.  All other deadlines contained in the Court's July 23, 2012, order are extended two business days.

DATED this 27th day of August, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court