IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LOVELY SKIN, INC.,              )
                                )
            Plaintiff,          )      8:10CV87
                                )
       v.                       )
                                )
ISHTAR SKIN CARE PRODUCTS,      )      ORDER
LLC.,                           )
                                )
            Defendant.          )
_____)
```

      This matter is before the Court on the motion of Nicholas Clatterbuck to withdraw as attorney for defendant (Filing No. 179). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion is granted; Nicholas Clatterbuck is deemed withdrawn as counsel for defendant. Said counsel shall be removed from receiving notices of filings in this matter.

      DATED this 12th day of October, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court