IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOVELY SKIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV87 |
| | ) | |
| v. | ) | |
| | ) | |
| ISHTAR SKIN CARE PRODUCTS, | ) | ORDER |
| LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of time for filing response to defendant's motion for attorneys' fees and costs (Filing No. 199).  The Court notes defendant has no objection.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until November 12, 2012, to file its response to defendant's motion for attorneys' fees and costs.

DATED this 5th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court